## STEPHENS v. STATE.

(Court of Criminal Appeals of Texas.   June 25, 1913.)

CRIMINAL LAW (§§ 1092, 1099*)—APPEAL—STATEMENT OF FACTS—BILLS OF EXCEPTION—TIME TO FILE.

A statement of facts and bills of exception filed more than 20 days after adjournment of the term of court cannot be considered on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2803, 2829, 2834–2861, 2866–2880, 2919;  Dec. Dig. §§ 1092, 1099.*]

Appeal from Throckmorton County Court; T. J. Wright, Judge.

A. Stephens was convicted of crime, and he appeals.   Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.  Appellant was convicted under article 1255 of the Revised Penal Code of 1911, for catching fish in another's inclosure consisting of less than 2,000 acres, and without the consent of the owner.

The court adjourned on October 18th.  The statement of facts and bills of exception were filed on November 11th, and therefore cannot be considered, having been filed more than 20 days after adjournment of the term. Without the statement of facts and bills of exception before us, there is nothing in the record requiring revision.

The judgment is affirmed.

---

## BORLAND v. STATE.

(Court of Criminal Appeals of Texas.   June 25, 1913.)

CRIMINAL LAW (§ 1097*) — APPEAL — QUESTIONS REVIEWABLE—SUFFICIENCY OF EVIDENCE—STATEMENT OF FACTS.

In the absence of a statement of facts in the record, the question of the sufficiency of the testimony, raised in the motion for new trial, cannot be considered on appeal.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947;  Dec. Dig. § 1097.*]

Appeal from District Court, Potter County;  James N. Browning, Judge.

F. L. Borland was convicted of violating the prohibition law, and he appeals.   Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J.   Appellant was prosecuted and convicted of violating the prohibition law, and his punishment assessed at one year's confinement in the state penitentiary.

The only grounds in the motion complain of the insufficiency of the testimony.  No statement of facts accompanies the record. Consequently we cannot pass on those grounds of the motion.

The judgment is affirmed.

---

## BORLAND v. STATE.

(Court of Criminal Appeals of Texas.   June 25, 1913.)

Appeal from· District Court, Potter County;  James N. Browning, Judge.

F. L. Borland was convicted of violating the prohibition liquor law, and he appeals.   Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J.   From a conviction for violating the prohibition liquor law, appellant has appealed.

There is no statement of facts, nor bill of exception.  In the absence of these, the motion for new trial presents no question we can review.

The judgment is affirmed.